# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| APEX ABRASIVES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WGI HEAVY MINERALS, INC.; WGI HEAVY MINERALS, LLC; and DOE BUSINESS ENTITIES 1-3, inclusive, <br><br> Defendants. | No. CV-14-37-BU-SEH <br><br> ORDER |

FILED

NOV 18 2016

Clerk, U.S. District Court
District Of Montana
Helena

The parties shall redeliver the originals of all exhibits to be offered at trial to the Clerk of Court on or before November 28, 2016.

DATED this 18th day of November, 2016.

SAM E. HADDON
United States District Judge