# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION



**FILED**

NOV 1 8 2016

Clerk, U.S. District Court
District Of Montana
Helena

APEX ABRASIVES, INC.,

               Plaintiff,

vs.

WGI HEAVY MINERALS, INC.;
WGI HEAVY MINERALS, LLC; and
DOE BUSINESS ENTITIES 1-3,
inclusive,

               Defendants.

No. CV-14-37-BU-SEH

**ORDER**

Defendants WGI Heavy Minerals, Inc. and WGI Heavy Minerals, LLC's

Motion for Leave to Use Videoconferencing for "May Call" witnesses Ron Ward

and Marlea Sleeman[1] at the trial set to commence on December 12, 2016, is

GRANTED.

---

[1] Doc. 128.

Counsel responsible for such appearance shall make all necessary video conference arrangements with Court systems staff by contacting Alli Butler at the Systems Department in Butte, ((406) 497-1253). The trial will not be continued or interrupted if conferencing arrangements cannot be made or if the conference transmission signal is interrupted or lost.

DATED this __18th__ day of November, 2016.

SAM E. HADDON
United States District Judge