

**FILED**

NOV 23 2016

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| APEX ABRASIVES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WGI HEAVY MINERALS, INC.; <br> WGI HEAVY MINERALS, LLC; and <br> DOE BUSINESS ENTITIES 1-3, <br> inclusive, <br><br> Defendants. | No. CV-14-37-BU-SEH <br><br> **ORDER** |

A hearing was held by telephonic conference on February 18, 2016.

ORDERED:

The following portions of Mark Gadsby's January 28, 2016, deposition are admitted over objection for purposes of trial:

| 21:14–27:9 | 27:11–41:7 | 41:8–45:18 | 45:23–59:16 |
|---|---|---|---|
| 171:21–172:2 | 216:2–221:5 | 237:17–238:9 | |

Objections to the following portions of Mark Gadsby's January 28, 2016, deposition were sustained and will not be admitted at trial:

| 45:19–22 | 184:17–185:6 | | |

DATED this 23rd day of November, 2016.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge