UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| APEX ABRASIVES, INC., | CV-14-037-BU-SEH |
| Plaintiff, | ORDER |
| vs. | |
| WGI HEAVY MINERALS, INC., WGI HEAVY MINERALS, LLC.,, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 12th day of December, 2016

*/s/ Sam E. Haddon*
Honorable Sam E. Haddon
United States District Judge