UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| APEX ABRASIVES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WGI HEAVY MINERALS, INC., WGI HEAVY MINERALS, LLC,<br><br>Defendant. | Case No. CV-14-037-BU-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for a trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED. Judgment is entered for Defendants and against Plaintiff.

Dated this 20th day of December, 2016.

TYLER P. GILMAN, CLERK

By: /s/ Erica Larson
Erica Larson, Deputy Clerk