

FILED

DEC 21 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| APEX ABRASIVES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WGI HEAVY MINERALS, INC.; WGI HEAVY MINERALS, LLC; and DOE BUSINESS ENTITIES 1-3, inclusive, <br><br> Defendants. | No. CV-14-37-BU-SEH <br><br> ORDER |

Defendants moved for judgment as a matter of law under Fed. R. Civ. P. Rule 50(a) at the close of Plaintiff's evidence on liability.

Upon the record made in open court on December 20, 2016,

ORDERED:

Defendants' Rule 50(a) motion for judgment as a matter of law is GRANTED. Plaintiff's claims fail as a matter of law and for lack of proof. All are dismissed.

Judgment was entered by the clerk on December 20, 2016.[1]

DATED this 21st day of December, 2016

*Sam E Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 156.