

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| APEX ABRASIVES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WGI HEAVY MINERALS, INC.; WGI HEAVY MINERALS, LLC; and DOE BUSINESS ENTITIES 1-3, inclusive, <br><br> Defendants. | No. CV-14-37-BU-SEH <br><br> **ORDER** |

Plaintiff filed its First Offer of Proof[1] and Second Offer of Proof[2] on December 19, 2016. Arguments on both were heard in open court on December 20, 2016. A third offer of proof was announced in open court, was filed, and was argued on December 20, 2016.

Upon the record made in open court on December 20, 2016,

---

[1] Doc. 147.

[2] Doc. 148.

ORDERED:

Plaintiff's first, second, and third offers of proof[3] are DENIED.

DATED this 21st day of December, 2016.

                                         /s/ Sam E. Haddon
                                         SAM E. HADDON
                                         United States District Judge

---

[3] Doc. 147, 148, 154.