
FILED

APR 18 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| APEX ABRASIVES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WGI HEAVY MINERALS, INC.; WGI HEAVY MINERALS, LLC; and DOE BUSINESS ENTITIES 1-3, inclusive, <br><br> Defendants. | No. CV-14-37-BU-SEH <br><br> **ORDER** |

On April 3, 2017, United States Magistrate Judge John Johnston entered Findings and Recommendations[1] on the issues presented in Defendants' Motion for Attorney Fees.[2] Neither party filed an objection. No review is required of proposed findings and recommendations to which no objection is made.[3] However,

---

[1] Doc. 188.

[2] Doc. 159.

[3] *Thomas v. Arn*, 474 U.S. 140, 149–152 (1985).

this Court will review Judge Johnston's Findings and Recommendations for clear error. Upon review, Judge Johnston's Findings and Recommendations contain no clear error and are adopted in full.

ORDERED:

Defendants' Motion for Attorney Fees is GRANTED to the extent set forth in the Findings and Recommendations of United States Magistrate Judge[4] John Johnston.

DATED this 18th day of April, 2017.

SAM E. HADDON
United States District Judge

---

[4] Doc. 188 at 10.