# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| APEX ABRASIVES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WGI HEAVY MINERALS, INC.; WGI HEAVY MINERALS, LLC; and DOE BUSINESS ENTITIES 1-3, inclusive, <br><br> Defendants. | No. CV-14-37-BU-SEH <br><br> **ORDER** |

I hereby recuse myself in the above-entitled matter and request the Honorable Dana L. Christensen, Chief Judge for the District of Montana, reassign this case.

DATED this 14th day of August, 2018.

SAM E. HADDON
United States District Judge