IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BUTTE DIVISION

| | |
|---|---|
| APEX ABRASIVES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WGI HEAVY MINERALS, INC., WGI HEAVY MINERALS, LLC, and DOE BUSINESS ENTITES 1-3, inclusive, <br><br> Defendants. | CV 14–37–BU–DWM <br><br><br><br> ORDER |

A jury trial in this matter is set to commence on November 9, 2020. In light of COVID-19 and the rising active and new case numbers in Montana, and in particular Missoula County,

IT IS ORDERED that the jurors in the instant case will be subject to partial sequestration as set out in 28 U.S.C. §1871(e).

IT IS FURTHER ORDERED that the jurors are to be kept together and not to separate during each trial day for their safety and security. In keeping with this order, during the course of trial, the jurors' snacks, meals, and/or lodging will be provided by the Court for the jurors convenience and comfort.

1

DATED this 2nd day of November, 2020.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court