IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| APEX ABRASIVES, INC.,<br><br>              Plaintiff,<br><br>vs.<br><br>WGI HEAVY MINERALS, INC., and<br>WGI HEAVY MINERALS, LLC,<br><br>              Defendants. | CV 14–37–BU–DWM<br><br><br>ORDER |

A status conference having been held on November 3, 2020, and the parties having updated their exhibits lists in preparation for trial,

IT IS ORDERED that:

(1)  The following additional will-offer exhibits are admitted without objection: 2, 3, 28, 84, 85, 86, 87, 118, 128, 507, 508, 513, 546, 554, and 556. (*See* Docs. 284, 286.)

(2)  If not previously addressed, the "Doe" defendants are DISMISSED and the caption is amended to reflect the parties identified above.

DATED this 4th day of November, 2020.

Donald W. Molloy, District Judge
United States District Court