

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| APEX ABRASIVES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WGI HEAVY MINERALS, INC., and WGI HEAVY MINERALS, LLC, <br><br> Defendants. | CV 14–37–BU–DWM <br><br><br> VERDICT |

We, the jury, enter our verdict in the above-entitled case as follows:

**Breach of Contract**

**Question 1.** Has Apex shown by a preponderance of the evidence that WGI breached the Marketing and Sales Agreement between Apex and WGI?

Yes __X__         No _____

**Question 2.** If "yes," has WGI shown by a preponderance of the evidence that its non-performance was excused?

Yes _____         No __X__

**Question 3.** If you answered "no" to Question 2, what amount of damages, if any, do you award Apex for WGI's breach of the Sales and Marketing Contract?

$ 593,450

**Implied Covenant**

**Question 4.** Has Apex shown by a preponderance of the evidence that WGI breached the implied covenant of good faith and fair dealing in connection with the Sales and Marketing Agreement?

Yes [marked, then scribbled out]    No ___X___

**Question 5.** If "yes" and damages were not previously awarded in Question 3, what amount of damages, if any, do you award Apex for WGI's breach of the implied covenant?

$ —

**Constructive Fraud**

**Question 6.** Has Apex shown by a preponderance of the evidence that WGI committed constructive fraud against Apex?

Yes _____    No ___X___

**Question 7.** If "yes," what amount of damages, if any, do you award Apex for WGI's constructive fraud?

$ —

2

**Negligent Misrepresentation**

**Question 8.** Has Apex shown by a preponderance of the evidence that WGI made a negligent misrepresentation(s) to Apex?

Yes _____  No __X__

**Question 9.** If "yes," what amount of damages, if any, do you award Apex for WGI's negligent misrepresentation(s)?

$ _____

DATED this _13_ day of November, 2020.

Foreperson signature redacted. Original document filed under seal.

3