IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| APEX ABRASIVES, INC., | CV 14-37-BU-DWM |
| Plaintiff, | JUDGMENT |
| vs. | |
| WGI HEAVY MINERALS, INC., and WGI HEAVY MINERALS, LLC, | |
| Defendants. | |

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED, consistent with the jury verdict returned and filed in the above matter, that judgment is entered in favor of the Plaintiff and against the Defendants for breach of the Marketing and Sales Agreement between Apex and WGI in the amount of $593,450.00.

Dated this 13th day of November, 2020.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk

